IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 12-cv-01147-CBS

SHIRLEY CROMER,
    Plaintiff,
v.

G. REYNOLDS SIMS & ASSOCIATES, P.C.,
    Defendant.
_____

### ORDER ON STIPULATION TO DISMISS WITH PREJUDICE
_____

    This civil action comes before the court on the parties' "Stipulation to Dismiss with Prejudice Pursuant to Settlement." On November 29, 2012, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 23). The court now being sufficiently advised in the premises,

    IT IS ORDERED that the parties' "Stipulation to Dismiss with Prejudice Pursuant to Settlement" (filed January 30, 2013) (Doc. # 30) is GRANTED and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her or its own attorney fees and costs.

    DATED at Denver, Colorado, this 30th day of January, 2013.

                                     BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge